UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM CARNEY,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE PORT OF SEATTLE, et al.,<br><br>                  Defendants. | C15-97 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion to continue the trial date and related deadlines, docket no. 31, is GRANTED as follows:

| **JURY TRIAL DATE (4 days)** | **April 16, 2018** |
|---|---|
| Disclosure of expert testimony | September 1, 2017 |
| Discovery motions filing deadline | October 19, 2017 |
| Discovery completion deadline | December 1, 2017 |
| Dispositive motions filing deadline | January 4, 2018 |
| Motions in limine filing deadline | March 15, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | March 30, 2018 |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | March 30, 2018 |
| Pretrial conference | April 6, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 30, including the deadline for amending pleadings, shall remain in full force and effect.

(2) The parties' stipulated motion to permit plaintiff to amend his pleading, docket no. 32, is GRANTED as follows. Plaintiff shall electronically file his Second Amended Complaint within seven (7) days of the date of this Minute Order. Any responsive pleading shall be filed within fourteen (14) days after the Second Amended Complaint is filed. *See* Fed. R. Civ. P. 15(a)(3).

(3) The deadline for joining additional parties having long expired, plaintiff is DIRECTED to SHOW CAUSE within fourteen (14) days of this Minute Order why defendants Jane and John Does 1-10 and Corporations ABC, DEF, and GHI should not be dismissed from this action.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2