UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM CARNEY,

        Plaintiff,

v.

PORT OF SEATTLE, et al.,

        Defendants.

C15-97 TSZ

ORDER

Plaintiff's Notice of Voluntary Dismissal, docket no. 37, is TREATED as a motion to dismiss because defendants the Port of Seattle and the City of Seattle have filed answers. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Because plaintiff's motion seeks dismissal with prejudice and without costs to any party, the Court concludes that no response is required, and plaintiff's motion to dismiss, docket no. 37, is GRANTED. Plaintiff's claims against defendants in this matter are DISMISSED with prejudice and without costs. The Clerk is directed to send a copy of this Order to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

Dated this 28th day of August, 2017.

                                                Thomas S. Zilly
                                                United States District Judge

ORDER - 1